# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No.
                                          Chapter

Annetta McCalla Debtor/
Curtis McNeal

## APPLICATION FOR INDIVIDUALS TO PAY THE FILING FEE IN INSTALLMENTS

1. Which chapter of the Bankruptcy Code are you choosing to file under:

| Petition Filing Fee | Initial Installment Payment | Final Installment Payment |
|---|---|---|
| ☐ Chapter 7:  **$338** | $169.00 | $169.00 |
| ☐ Chapter 11: **$1,738** | $869.00 | $869.00 |
| ☐ Chapter 12: **$278** | $139.00 | $139.00 |
| ☒ Chapter 13: **$313** | $156.50 | $156.50 |

2. I am unable to pay the full filing fee with the petition and apply to pay in installments in accordance with Bankruptcy Rule 1006, Local Rule 1006-1 and the current mandatory payment schedule established by this court.

3. I understand that, in order for this application to be approved absent further order of the court, I must have paid half of the filing fee due at the time of filing my petition and I must pay the remaining half which equals $ _156.50_ on or before 60 days from the filing date of my petition.

4. I understand that payment must be in money order, cashier's or "official" checks made payable to "Clerk, U.S. Court" or electronic payment using a debit card or ACH (Automated Clearing House) bank-to-bank transaction in which payment is withdrawn directly from a bank account to another.

5. I understand that if I fail to pay the fee when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts. If I am a chapter 13 debtor, I understand that upon confirmation of my plan, the unpaid balance of the filing fee must be paid in full. If I am a chapter 7 debtor, I understand my discharge will not be entered until my filing fee is paid in full.

6. I understand that I must pay the entire filing fee before making any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with this bankruptcy case.

_N/A_  _5/20/22_                         _[signature]_  _5-20-22_
Signature of Attorney   Date              Signature of Debtor   Date
                                          (In a joint case, both spouses must sign.)

_N/A_  _5/20/22_                          _[signature]_
Name of Attorney                          Signature of Joint Debtor (if any)   Date

LF-3 (rev. 09/07/21)