United States Bankruptcy Court

Southern District of Florida

In re:                                                                                    Case No. 22-13983-PDR

Annetta McCalla                                                                Chapter 13

Curtis McNeal

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 113C-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: CGFI4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

**Recip ID**          **Recipient Name and Address**
db/jdb           +  Annetta McCalla, Curtis McNeal, 1251 NW 51 Ave, Lauderhill, FL 33313-6542

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2022          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Office of the US Trustee

          USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner

          ecf@ch13weiner.com  ecf2@ch13weiner.com

TOTAL: 2

**CGFI4** (01/26/22)





**ORDERED in the Southern District of Florida on May 20, 2022**

**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 22–13983–PDR**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

| | |
|---|---|
| Annetta McCalla | Curtis McNeal |
| 1251 NW 51 Ave | 1251 NW 51 Ave |
| Lauderhill, FL 33313 | Lauderhill, FL 33313 |
| | |
| SSN: xxx–xx–1546 | SSN: xxx–xx–2479 |

## ORDER ALLOWING INSTALLMENT PAYMENTS

The Application for Individuals to Pay the Filing Fee in Installments has been reviewed by the clerk in accordance with Local Rule 1006–1(A). The debtor remitted at least one half the filing fee at the time of filing the petition or has received a Notice of Deadline to Correct Filing Deficiency(ies) which set a deadline to pay the initial installment payment. **ACCORDINGLY,**

**IT IS ORDERED** that the debtor shall pay the final balance of the filing fee of $ **156.50** on or before **July 19, 2022**. Payment must be by money order, cashier's or "official" check payable to "Clerk, United States Court", and delivered to: US Bankruptcy Court, 299 E Broward Blvd, Room 112, Fort Lauderdale, FL 33301.

**IT IS FURTHER ORDERED** that until this filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. Absent further order of court, until this filing fee is paid in full, the debtor in a chapter 7 case will not receive a discharge and the debtor's plan in a chapter 13 case will be confirmed only on the condition that the chapter 13 plan provide for this filing fee to be paid in full immediately upon confirmation.

**IT IS FURTHER ORDERED** that failure of the debtor to pay any filing fee installment by the due date will result in entry of a dismissal order without further notice.

*# # #*

The clerk shall serve a copy of this order on the Debtor, Trustee, and if applicable, Attorney for Debtor.