UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                           CASE NO.: 22-13983-PDR
                                                      CHAPTER 13

**Annetta McCalla,**
   Debtor.

**Curtis McNeal,**
   Joint Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL 33487**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112

By: /s/Keith Labell
    Keith Labell
    Email: klabell@raslg.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANNETTA MCCALLA
1251 NW 51 AVE
LAUDERHILL, FL 33313

CURTIS MCNEAL
1251 NW 51 AVE
LAUDERHILL, FL 33313

And via electronic mail to:

ROBIN R WEINER
ROBIN R. WEINER, CHAPTER 13 TRUSTEE
POST OFFICE BOX 559007
FORT LAUDERDALE, FL 33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130

By: /s/ Ranesha Straker