# United States Bankruptcy Court
## Southern District of Florida

**In re** 

Annetta McCalla
_____
Debtor 1

Last four digits of SSN or ITIN 1546

_____
Debtor 2

Last four digits of SSN or ITIN _____

**Case no.** 22-13983 PDR

**Chapter** 13

FILED-USBC, FLS-FT
'22 JUN 6 PM 12:09

**Title of document:** Requesting more time

I am requesting more time to file schedules. Because some of the papers are missing.

Date: 6-6-22    Signature: [signed] AMcCalla

Date: _____    Signature: _____