

**ORDERED in the Southern District of Florida on June 8, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Annetta McCalla and
Curtis McNeal,

      Debtors.
_____/

Case No. 22-13983-PDR

Chapter 13

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE REQUIRED INFORMATION

The *pro se* Debtors' required documents were due on June 3, 2022. (Doc. 7). On June 6, 2022, the Debtors filed some documents and requested an extension of time to file any remaining required documents. Accordingly, the Court **ORDERS** that the *Motion* (Doc. 17) is **GRANTED**. The documents filed on June 6, 2022, are deemed timely filed, and the deadline to file any remaining required but unfiled documents is extended to **June 15, 2022**.

# # #

*Copies to all parties in interest.*