United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 22-13983-PDR
Annetta McCalla  Chapter 13
Curtis McNeal
    Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-0  User: admin  Page 1 of 1
Date Rcvd: Jun 09, 2022  Form ID: pdf004  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

**Recip ID       Recipient Name and Address**
db/jdb       +  Annetta McCalla, Curtis McNeal, 1251 NW 51 Ave, Lauderhill, FL 33313-6542

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

**Name**              **Email Address**
Keith S Labell
          on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper klabell@raslg.com  klabell@raslg.com

Office of the US Trustee
          USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
          ecf@ch13weiner.com  ecf2@ch13weiner.com

TOTAL: 3



**ORDERED in the Southern District of Florida on June 8, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Annetta McCalla and
Curtis McNeal,

    Debtors.
_____/

Case No. 22-13983-PDR

Chapter 13

### ORDER GRANTING MOTION TO EXTEND TIME
### TO FILE REQUIRED INFORMATION

The *pro se* Debtors' required documents were due on June 3, 2022. (Doc. 7). On June 6, 2022, the Debtors filed some documents and requested an extension of time to file any remaining required documents. Accordingly, the Court **ORDERS** that the *Motion* (Doc. 17) is **GRANTED**. The documents filed on June 6, 2022, are deemed timely filed, and the deadline to file any remaining required but unfiled documents is extended to **June 15, 2022**.

###

*Copies to all parties in interest.*