UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  22-13983-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

ANNETTA MCCALLA
XXX-XX-1546
CURTIS MCNEAL
XXX-XX-2479

DEBTORS_____/

NOTICE OF
CONTINUED 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

YOU ARE HEREBY NOTIFIED that the §341 Meeting of Creditors has been continued to <u>July 29, 2022</u> at  <u>9:30 AM</u> at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 299 EAST BROWARD BOULEVARD, ROOM 411, FORT LAUDERDALE, FL 33301.

*MEETING WILL BE HELD BY TELEPHONE*

FT LAUDERDALE DIVISION:
DIAL-IN NUMBER: 877-506-8679
PARTICIPANT CODE: 6439599

PLEASE TAKE NOTICE that a Confirmation hearing will be held on:

Date:  August 1, 2022
Time:  9:00 AM
Location: Video Conference by Zoom for Government

The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

ROBIN R. WEINER, must:

NOTICE OF CONTINUED 341 MEETING OF CREDITORS
CASE NO.:  22-13983-BKC-PDR

(a) serve a copy of this notice of hearing and, unless previously served, the above-described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

(b) file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B).

Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued 341 Meeting of Creditors and Confirmation Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 1st day of July, 2022.

> */s/ Robin R. Weiner*
> ROBIN R. WEINER, ESQUIRE
> STANDING CHAPTER 13 TRUSTEE
> P.O. BOX 559007
> FORT LAUDERDALE, FL 33355-9007
> TELEPHONE: 954-382-2001
> FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED 341 MEETING OF CREDITORS
CASE NO.: 22-13983-BKC-PDR

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
ANNETTA MCCALLA
CURTIS MCNEAL
1251 NW 51 AVE
LAUDERHILL, FL 33313

**ROBIN R. WEINER** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.