UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 22-13983-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

ANNETTA MCCALLA
XXX-XX-1546
CURTIS MCNEAL
XXX-XX-2479

DEBTORS_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. The automatic stay was not extended pursuant to 11 U.S.C. §362(c)(3) or imposed pursuant to 11 U.S.C. §362(c)(4);

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 14th day of July, 2022.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  22-13983-BKC-PDR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
ANNETTA MCCALLA
CURTIS MCNEAL
1251 NW 51 AVE
LAUDERHILL, FL  33313

**ATTORNEY FOR DEBTORS**
PRO-SE

**CREDITOR(S)**
LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

MIDLAND CREDIT MANAGEMENT INC
POB 2037
WARREN, MI  48090

MR. COOPER
PO BOX 619094
DALLAS, TX  75261-9741

PNC BANK
PO BOX 3180
PITTSBURGH, PA  15222

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
POB 2489
KIRKLAND, WA  98083

QUANTUM3 GROUP, LLC
CF MEDICAL LLC
POB 788
KIRKLAND, WA  98083-0788

ROBERTSON ANSCHUTZ & SCHNEID
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL  33487

MOTION TO DISMISS
CASE NO.:  22-13983-BKC-PDR

SUNTRUST BANK NOW TRUIST BANK
TRUIST BANK - DDA RECOVERY
POB 85041
RICHMOND, VA  23285

TD BANK
PO BOX 1448
GREENVILLE, SC  29602

TRUIST BANK
SUPPORT SERVICES
POB 85092
RICHMOND, VA  23286