**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

                                                                    CASE NO.:  22-13983-BKC-PDR
                                                                    PROCEEDING UNDER CHAPTER 13

**IN RE:**

ANNETTA MCCALLA
XXX-XX-1546
CURTIS MCNEAL
XXX-XX-2479

DEBTORS_____/

**CERTIFICATE OF SERVICE ON NOTICE OF HEARING**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice Of Hearing noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 14th day of July, 2022.

                                                        */s/ Robin R. Weiner*_____
                                                        ROBIN R. WEINER, ESQUIRE
                                                        STANDING CHAPTER 13 TRUSTEE
                                                       P.O. BOX 559007
                                                       FORT LAUDERDALE, FL 33355-9007
                                                       TELEPHONE: 954-382-2001
                                                       FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE
CASE NO.: 22-13983-BKC-PDR

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
ANNETTA MCCALLA
CURTIS MCNEAL
1251 NW 51 AVE
LAUDERHILL, FL  33313

**ATTORNEY FOR DEBTORS**
PRO-SE

**CREDITOR(S)**
LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

MIDLAND CREDIT MANAGEMENT INC
POB 2037
WARREN, MI  48090

MR. COOPER
PO BOX 619094
DALLAS, TX  75261-9741

PNC BANK
PO BOX 3180
PITTSBURGH, PA  15222

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
POB 2489
KIRKLAND, WA  98083

QUANTUM3 GROUP, LLC
CF MEDICAL LLC
POB 788
KIRKLAND, WA  98083-0788

ROBERTSON ANSCHUTZ & SCHNEID
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL  33487

CERTIFICATE OF SERVICE
CASE NO.: 22-13983-BKC-PDR

SUNTRUST BANK NOW TRUIST BANK
TRUIST BANK - DDA RECOVERY
POB 85041
RICHMOND, VA  23285

TD BANK
PO BOX 1448
GREENVILLE, SC  29602

TRUIST BANK
SUPPORT SERVICES
POB 85092
RICHMOND, VA  23286