# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

IN RE:  CASE NO.: 22-13983-PDR
CHAPTER 13

**Annetta McCalla**

**&**

**Curtis McNeal**

Debtors.

_____/

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

**COMES NOW,** NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtors' Chapter 13 Plan (DE #19), and states as follows:

1. Debtors, Annetta McCalla and Curtis McNeal ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on May 20, 2022.

2. Secured Creditor holds a security interest in the Debtors' real property located at 1251 NW 51 Ave, Lauderhill, FL 33313 (the "Property").

3. Upon information and belief the Property is the Debtors' primary residence.

4. Secured Creditor will file its Proof of Claim on or before the bar date of July 29, 2022, asserting a total claim of $593,960.32, with pre-petition arrears in the amount of $188,430.86.

5. The Debtors filed a Chapter 13 Plan (the "Plan") on June 7, 2022.

6. The Plan seeks to modify Secured Creditor's rights by proposing the following treatment: The holder of the Secured Claim will be paid a total of $139,560.00.

7. Secured Creditor's claim is secured by a security interest in real property that is the Debtor's principal residence and as such.  See 11 U.S.C. § 1123(b)(5).

8. Debtor has not provided any evidence to substantiate the $550,000.00 value asserted. As the party seeking the lien strip, the Debtor bears the burden of establishing the value of the

property. Only after that burden is met does the burden shift to the challenging party to provide evidence of their competing valuation. *In re Briseno v. Mutual Fed. Savs & Loan Ass'n, No.* 12 B 02903, 2013 WL 3964269 (Bankr. N.D. Ill. 2013) (Baer, J.).

9. Secured Creditor further contends that the interest rate should be subject to interest pursuant to the Supreme Court's decision in Till v. SCS Credit Corp., 124 S. Ct. 1951 (2004).

10. The Plan fail to provide adequate information within the meaning of 11 USC 1125 (a)(1) to allow creditor the opportunity to understand the proposed treatment of its claim in the Plan.

11. Secured Creditor reserves the right to amend and/or supplement this Objection as needed, and/or in response to any additional filing by the Debtors.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtors' Plan, and for such other and further relief as the Court may deem just and proper.

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Attorney for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-997-6909
>
> By: /s/April Harriott
> April Harriott, Esquire
> FL Bar Number 37547
> Email: aharriott@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2022, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Annetta McCalla
1251 NW 51 Ave
Lauderhill, FL 33313

Curtis McNeal
1251 NW 51 Ave
Lauderhill, FL 33313

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909

    By: /s/April Harriott
    April Harriott, Esquire
    FL Bar Number 37547

Email: aharriott@rasflaw.com